**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Jeffrey A. Regner
jaregner@ober.com
410-347-7337

Offices In
Maryland
Washington, D.C.
Virginia

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 23  P 2: 42

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

January 18, 2002

CCB 01-4100

Felicia C. Cannon, Clerk
United States District Court
  for the District of Maryland
101 West Lombard Street, Room 409
Baltimore, Maryland 21201

CCB 01-3451

Re:  James G. Hammond Estate, et al v.
     Owens-Corning Fiberglas Corporation, et al.
     State Court Case No.: 24X97139548

Dear Ms. Cannon:

Please be advised that Stanco Industries, Inc. is, and has been for many years, represented by Robert E. Scott, Jr. of Semmes, Bowen & Semmes. I do not represent them.

Kindly remove my name from the service list for this matter and strike my appearance if it is entered. Mr. Scott will, however, continue to represent Stanco.

Thank you in advance for your assistance in this matter.

Very truly yours,

Jeffrey A. Regner

JAR/pac

cc: Robert E. Scott, Jr., Esquire